IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **RICHARD BLOOMER,** | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) Civil No. **04-177-DRH** |
| **CANADIAN NATIONAL/ILLINOIS CENTRAL RAILROAD COMPANY,** | ) |
| Defendant. | ) |

## ORDER

**PROUD, Magistrate Judge:**

Before the Court is Defendant's Motion to Quash Notice to Take Videotaped Deposition of Dr. Covert and Subpoenas for Deposition and for Production of Documents.  **(Doc. 58)**.

Defendant seeks to quash a notice to take the deposition of Dr. Richard Covert, and two subpoenas.  One subpoena is for production of documents by Dr. Covert on April 20, 2005, and the second subpoena is for Dr. Covert to appear for deposition on April 25, 2005.

The Court scheduled argument on the motion for April 20, 2005.  Prior to the appointed time for argument, plaintiff's counsel advised the Court that he withdraws his subpoenas and will not go forward with Dr. Covert's deposition on April 25, 2005.  Based on Mr. Kujawski's representations, the instant motion is moot.

Upon consideration and for good cause shown,  Defendant's Motion to Quash Notice to Take Videotaped Deposition of Dr. Covert and Subpoenas for Deposition and for Production of Documents **(Doc. 58)** is **DENIED as moot**.

**IT IS SO ORDERED.**

**DATE:  April 20, 2005.**

s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**UNITED STATES MAGISTRATE JUDGE**